Juan Jimenez #61246
*(full name/prisoner number)*
ISCC G4-10-B
P.O. Box 70010
Boise ID 83707
*(complete mailing address)*

U.S. COURTS

DEC 19 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Juan Jimenez,
*(full name)*
　　　　　Plaintiff,

v.

Sgt. Miller
WARDEN CHRISTENSON, ET.AL

　　　　　Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes　　○ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

- [X] 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- [ ] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- [ ] Other federal statute *(specify)* _____; or diversity of citizenship.
- [ ] I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Juan Jimenez. I am a citizen of the State of IDAHO, presently residing at IDAHO STATE CORRECTIONAL CENTER (ISCC of IDOC) IDAHO DEPARTMENT OF CORRECTIONS.

PRISONER COMPLAINT - p. 1　　　　　　　　　　　　　　　　　　　　*(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **SGT MILLER, ET.AL, Warden CHRISTENSEN,** *(defendant)*, who was acting as **Warden, Supervisor** *(job title, if a person; function, if an entity)*

for the **IDAHO, ADA, BOISE (ISCC Facility/PRISON** *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **Approx 12-12-18** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Placed ~~an active Gang Member~~ Jimenez in Danger by putting an active Gang member of which gang had a documented history of a grudge and history of assaulting Jimenez, Jimenez was assaulted by this gang member. The Defendants oversee the day to day activities of the facility and unit and Determine housing. On approx December 12 of 2016, They still put this person in Jimeniz's cell Despite the history of assaults.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Eighth Amendment, Failed to protect, EIGHT Amendment; Deliberate indifference, And also NEGLIGENCE

4. I allege that I suffered the following injury or damages as a result: Lacerations inside my Mouth, Shoulder Damage and psychological and emotional damage.

5. I seek the following relief: Injuctive relief, ~~punitive Damages~~. More 200,000 for injury pain & Suffering and if treatment is needed 200,000 compensatory and for Defendants Culpability 100,000.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [X] Yes  [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

*(Rev. 10/24/2011)*

PRISONER COMPLAINT - p. 2

### D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

Court    Case No.    Case Name    Status of Case    Strike?

*I'M not SURE I UNDERSTAND what this is.*

### E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ◯ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

*I am incarcerated and unable to investigate the evidence, also am untrained in law and do not understand how to properly fill out forms nor understand the language (Jargon) and how it apply's without an attorney, I am likely to make a mistake which will or could deprive me of my Constitutional or Civil rights and or Relief.*

### F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on *12-1-19* *(date)*; OR *(specify other method)* _____.

Executed at *ISCC* _____ on *12-1-19* _____.
      *(Location)*                               *(Date)*

*Jimenez*
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

PRISONER COMPLAINT - p. 3_                  *(Rev. 10/24/2011)*